```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/22/2015
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
                                                               :
*In re* LIGHTINTHEBOX HOLDING CO., LTD,    :    13-CV-6016 (VEC)
SECURITIES LITIGATION.                     :
                                           :    <u>ORDER</u>
                                                               :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on May 1, 2014, Defendants moved to dismiss the Second Class Action Complaint;

WHEREAS on September 5, 2014, the parties moved for preliminary approval of a class action settlement; and

WHEREAS on November 26, 2014, the Court granted the parties' motion for preliminary approval and scheduled a fairness hearing that will be held on March 25, 2015; it is hereby

ORDERED that Defendants' motion to dismiss, Docket Entry 64, is DISMISSED as moot.

**SO ORDERED.**

Date:  January 22, 2015                           **VALERIE CAPRONI**
       New York, New York                         **United States District Judge**