`

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------------------------------- x

In re LIGHTINTHEBOX HOLDING CO., LTD., :
SECURITIES LITIGATION :
: Case No.: 1:13-cv-06016-VEC
:
:
:
:
----------------------------------------------------------------------------------------- x

**DECLARATION OF JONATHAN STERN IN SUPPORT OF LEAD PLAINTIFF'S MOTION FOR DISTRIBUTION OF CLASS SETTLEMENT FUNDS**

Pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, I, Jonathan Stern, declare:

1. I am an attorney associated with The Rosen Law Firm, P.A., Lead Counsel to Lead Plaintiff and the Class. I am admitted to practice law before this Court. I submit this Declaration in Support of Lead Plaintiff's Motion for Distribution of Class Settlement Funds. I make this declaration based on personal knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Declaration of Josephine Bravata Concerning Administrative Procedures Performed to Process Claims and the Results Thereof.

3. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: September 16, 2016

/s/ Jonathan Stern
Jonathan Stern, Esq.